| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pollak, Cheryl L. | 2. Court or Organization<br><br>U.S. District Court, E.D.N.Y. | 3. Date of Report<br><br>07/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse, E.D.N.Y.<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401(k) Retirement Accounts with Morgan, Lewis | A | Interest | P1 | T | | | | | |
| 2. AB Discovery Growth Fund | A | Dividend | K | T | Buy | 06/18/12 | J | | |
| 3. AB Discovery ValueFund | A | Dividend | K | T | Buy | 06/18/12 | J | | |
| 4. AB Discovery Value Fund | A | Dividend | K | T | Buy (add'l) | 12/26/12 | J | | |
| 5. Abbott Laboratories | A | Dividend | | | Buy | 06/29/12 | J | | |
| 6. Abbott Laboratories | A | Dividend | | | Sold | 11/09/12 | J | A | |
| 7. Accenture | A | Dividend | | | Sold (part) | 01/19/12 | J | A | |
| 8. Accenture | A | Dividend | | | Sold (part) | 02/09/12 | J | A | |
| 9. Accenture | A | Dividend | | | Sold (part) | 02/21/12 | J | A | |
| 10. Accenture | A | Dividend | | | Sold | 02/24/12 | J | A | |
| 11. Affiliated Managers Group | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 12. Allergan Inc. | A | Dividend | | | Sold (part) | 01/17/12 | J | A | |
| 13. Allergan Inc. | A | Dividend | | | Sold (part) | 02/01/12 | J | A | |
| 14. Allergan Inc. | A | Dividend | | | Sold | 08/03/12 | J | A | |
| 15. Amazon.com Inc. | A | Dividend | J | T | Sold (part) | 06/08/12 | J | A | |
| 16. Amazon.com Inc. | A | Dividend | J | T | Buy (add'l) | 11/14/12 | J | | |
| 17. Ameren Corp. | A | Dividend | | | Buy | 08/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameren Corp. | A | Dividend | | | Sold | 12/21/12 | J | A | |
| 19. American Express Co. | A | Dividend | | | Buy | 06/12/12 | J | | |
| 20. American Express Co. | A | Dividend | | | Sold (part) | 07/30/12 | J | A | |
| 21. American Express Co. | A | Dividend | | | Sold | 11/01/12 | J | A | |
| 22. Amgen Inc. | A | Dividend | J | T | Buy | 05/17/12 | J | | |
| 23. Amgen Inc. | A | Dividend | J | T | Sold (part) | 08/16/12 | J | A | |
| 24. Anadarko Petroleum | A | Dividend | | | Sold | 05/29/12 | J | A | |
| 25. Ansys Inc. | A | Dividend | J | T | Buy | 07/09/12 | J | | |
| 26. Apollo Group Inc. | A | Dividend | | | Buy (add'l) | 04/02/12 | J | | |
| 27. Apollo Group Inc. | A | Dividend | | | Sold | 10/17/12 | J | A | |
| 28. Apple Inc. | A | Dividend | K | T | Sold (part) | 01/19/12 | J | E | |
| 29. Apple Inc. | A | Dividend | K | T | Sold (part) | 02/06/12 | J | E | |
| 30. Apple Inc. | A | Dividend | K | T | Sold (part) | 02/28/12 | J | E | |
| 31. Apple Inc. | A | Dividend | K | T | Sold (part) | 03/06/12 | J | E | |
| 32. Apple Inc. | A | Dividend | K | T | Sold (part) | 06/18/12 | J | E | |
| 33. Apple Inc. | A | Dividend | K | T | Sold (part) | 07/20/12 | J | E | |
| 34. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 08/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Inc. | A | Dividend | K | T | Sold (part) | 10/26/12 | J | A | |
| 36. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 02/01/12 | J | | |
| 37. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 03/08/12 | J | | |
| 38. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 07/17/12 | J | | |
| 39. Applied Materials Inc. | A | Dividend | J | T | Sold (part) | 09/14/12 | J | A | |
| 40. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 02/10/12 | J | | |
| 41. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 05/17/12 | J | | |
| 42. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 08/24/12 | J | | |
| 43. Astrazeneca | A | Dividend | K | T | Buy (add'l) | 08/30/12 | J | | |
| 44. Astrazeneca | A | Dividend | K | T | Sold (part) | 11/19/12 | J | A | |
| 45. AT&T Inc. | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 46. AT&T Inc. | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 47. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 07/19/12 | J | | |
| 48. Autozone Inc. | A | Dividend | | | Buy | 08/07/12 | J | | |
| 49. Autozone Inc. | A | Dividend | | | Buy (add'l) | 08/29/12 | J | | |
| 50. Autozone Inc. | A | Dividend | | | Sold | 11/08/12 | J | A | |
| 51. Bank of America | A | Dividend | J | T | Buy | 12/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America - CD (formerly Citibank NA - CD) | A | Interest | M | T | | | | | |
| 53. BB&T Corp. | A | Dividend | J | T | Buy | 09/13/12 | J | | |
| 54. BB&T Corp. | A | Dividend | J | T | Buy (add'l) | 09/14/12 | J | | |
| 55. BB&T Corp. | A | Dividend | J | T | Buy (add'l) | 09/19/12 | J | | |
| 56. Becton Dickinson & Co. | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 57. Becton Dickinson & Co. | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 58. Becton Dickinson & Co. | A | Dividend | J | T | Buy (add'l) | 08/30/12 | J | | |
| 59. Becton Dickinson & Co. | A | Dividend | J | T | Buy (add'l) | 10/12/12 | J | | |
| 60. Becton Dickinson & Co. | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | |
| 61. Becton Dickinson & Co. | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | |
| 62. Berkshire Hathaway Inc. | A | Dividend | K | T | Buy (add'l) | 07/17/12 | J | | |
| 63. Berkshire Hathaway Inc. | A | Dividend | K | T | Buy (add'l) | 08/21/12 | J | | |
| 64. Bernstein Emerging Markets Portfolio | A | Dividend | K | T | Buy (add'l) | 12/12/12 | J | | |
| 65. Bernstein International Portfolio | B | Dividend | L | T | Sold (part) | 01/12/12 | J | A | |
| 66. Bernstein International Portfolio | B | Dividend | L | T | Sold (part) | 04/12/12 | J | A | |
| 67. Bernstein International Portfolio | B | Dividend | L | T | Sold (part) | 07/26/12 | J | A | |
| 68. Bernstein International Portfolio | B | Dividend | L | T | Sold (part) | 11/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Bernstein International Portfolio | B | Dividend | L | T | Buy (add'l) | 12/12/12 | J | | |
| 70. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 02/22/12 | J | | |
| 71. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 02/29/12 | J | | |
| 72. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 03/23/12 | J | | |
| 73. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 04/03/12 | J | | |
| 74. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 05/18/12 | J | | |
| 75. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 06/20/12 | J | | |
| 76. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 07/20/12 | J | | |
| 77. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Sold (part) | 07/26/12 | J | A | |
| 78. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 08/20/12 | J | | |
| 79. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 09/20/12 | J | | |
| 80. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 10/19/12 | J | | |
| 81. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Sold (part) | 11/06/12 | J | A | |
| 82. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 11/20/12 | J | | |
| 83. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 12/12/12 | J | | |
| 84. | Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 12/20/12 | J | | |
| 85. | Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 01/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 01/17/12 | J | | |
| 87. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 01/26/12 | J | | |
| 88. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 02/02/12 | J | | |
| 89. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 02/03/12 | J | | |
| 90. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 04/27/12 | J | | |
| 91. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 05/09/12 | J | | |
| 92. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 05/17/12 | J | | |
| 93. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 05/21/12 | J | | |
| 94. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 06/28/12 | J | | |
| 95. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 12/12/12 | J | | |
| 96. Biogen Idec inc. | A | Dividend | J | T | Buy | 08/27/12 | J | | |
| 97. Blackrock Global Allocations Fd Inc. | A | Dividend | L | T | | | | | |
| 98. BMC Software Inc. | A | Dividend | | | Buy | 08/14/12 | J | | |
| 99. BMC Software Inc. | A | Dividend | | | Sold | 12/26/12 | J | A | |
| 100. Boeing Co. | A | Dividend | | | Buy (add'l) | 01/04/12 | J | | |
| 101. Boeing Co. | A | Dividend | | | Buy (add'l) | 01/27/12 | J | | |
| 102. Boeing Co. | A | Dividend | | | Sold | 05/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Borgwarner Inc. | A | Dividend | | | Sold (part) | 01/06/12 | J | A | |
| 104. Borgwarner Inc. | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 105. Borgwarner Inc. | A | Dividend | | | Sold (part) | 04/20/12 | J | A | |
| 106. Borgwarner Inc. | A | Dividend | | | Sold | 07/18/12 | J | A | |
| 107. BP | A | Dividend | J | T | Buy (add'l) | 03/29/12 | J | | |
| 108. BP | A | Dividend | J | T | Sold (part) | 05/22/12 | J | A | |
| 109. BP | A | Dividend | J | T | Sold (part) | 07/12/12 | J | A | |
| 110. BP | A | Dividend | J | T | Sold (part) | 08/15/12 | J | A | |
| 111. Broadcom Corp. | A | Dividend | | | Sold (part) | 01/31/12 | J | A | |
| 112. Broadcom Corp. | A | Dividend | | | Sold (part) | 03/27/12 | J | A | |
| 113. Broadcom Corp. | A | Dividend | | | Sold (part) | 04/26/12 | J | A | |
| 114. Broadcom Corp. | A | Dividend | | | Sold (part) | 06/18/12 | J | A | |
| 115. Broadcom Corp. | A | Dividend | | | Sold | 07/03/12 | J | A | |
| 116. CBRE Group Inc. | A | Dividend | | | Buy (add'l) | 02/10/12 | J | | |
| 117. CBRE Group Inc. | A | Dividend | | | Sold (part) | 03/09/12 | J | A | |
| 118. CBRE Group Inc. | A | Dividend | | | Sold (part) | 03/14/12 | J | A | |
| 119. CBRE Group Inc. | A | Dividend | | | Sold (part) | 07/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 11 of 49

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

07/29/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CBRE Group Inc. | A | Dividend | | | Sold | 09/21/12 | J | A | |
| 121. CBS Corp. | A | Dividend | | | Buy | 07/16/12 | J | | |
| 122. CBS Corp. | A | Dividend | | | Sold | 08/17/12 | J | A | |
| 123. Celgene Corp. | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 124. Celgene Corp. | A | Dividend | | | Sold (part) | 02/21/12 | J | A | |
| 125. Celgene Corp. | A | Dividend | | | Sold (part) | 03/19/12 | J | A | |
| 126. Celgene Corp. | A | Dividend | | | Sold | 04/02/12 | J | A | |
| 127. Centerpoint Energy Inc. | A | Dividend | | | Buy (add'l) | 02/17/12 | J | | |
| 128. Centerpoint Energy Inc. | A | Dividend | | | Buy (add'l) | 02/22/12 | J | | |
| 129. Centerpoint Energy Inc. | A | Dividend | | | Sold (part) | 08/14/12 | J | A | |
| 130. Centerpoint Energy Inc. | A | Dividend | | | Sold | 08/21/12 | J | A | |
| 131. Centurylink Inc. | A | Dividend | | | Sold (part) | 03/05/12 | J | A | |
| 132. Centurylink Inc. | A | Dividend | | | Sold (part) | 06/06/12 | J | A | |
| 133. Centurylink Inc. | A | Dividend | | | Sold (part) | 08/03/12 | J | A | |
| 134. Centurylink Inc. | A | Dividend | | | Sold | 08/23/12 | J | A | |
| 135. Chevron Corp. | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 136. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 08/17/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Chipotle Mexican Grill | A | Dividend | J | T | Buy | 06/15/12 | J | | |
| 138. Chipotle Mexican Grill | A | Dividend | J | T | Buy (add'l) | 07/20/12 | J | | |
| 139. Chipotle Mexican Grill | A | Dividend | J | T | Sold (part) | 09/10/12 | J | A | |
| 140. Chipotle Mexican Grill | A | Dividend | J | T | Sold (part) | 12/21/12 | J | A | |
| 141. Cintas Corp. | A | Dividend | K | T | | | | | |
| 142. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/08/12 | J | | |
| 143. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/10/12 | J | | |
| 144. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/13/12 | J | | |
| 145. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/14/12 | J | | |
| 146. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/17/12 | J | | |
| 147. Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/27/12 | J | | |
| 148. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 149. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/12 | J | | |
| 150. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 01/27/12 | J | | |
| 151. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 152. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 153. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 04/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 04/26/12 | J | | |
| 155. Cit Group Inc. | A | Dividend | J | T | Buy (add'l) | 04/27/12 | J | | |
| 156. Cit Group Inc. | A | Dividend | J | T | Sold (part) | 07/30/12 | J | A | |
| 157. Cit Group Inc. | A | Dividend | J | T | Sold (part) | 09/07/12 | J | A | |
| 158. Citibank-Checking | B | Interest | K | T | | | | | |
| 159. Citibank Insured Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 160. Citibank Insured Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 161. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 162. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 163. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 164. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 03/20/12 | J | A | |
| 165. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 03/22/12 | J | A | |
| 166. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 03/26/12 | J | A | |
| 167. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 04/11/12 | J | A | |
| 168. Citigroup Inc. | A | Dividend | K | T | Sold (part) | 09/27/12 | J | A | |
| 169. Citrix Systems Inc. | A | Dividend | J | T | Sold (part) | 02/22/12 | J | A | |
| 170. Citrix Systems Inc. | A | Dividend | J | T | Buy (add'l) | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Citrix Systems Inc. | A | Dividend | J | T | Buy (add'l) | 10/26/12 | J | | |
| 172. Citrix Sytems Inc. | A | Dividend | J | T | Buy (add'l) | 11/28/12 | J | | |
| 173. Clorox Company | A | Dividend | | | Buy | 08/15/12 | J | | |
| 174. Clorox Company | A | Dividend | | | Buy (add'l) | 08/27/12 | J | | |
| 175. Clorox Company | A | Dividend | | | Buy (add'l) | 09/28/12 | J | | |
| 176. Clorox Company | A | Dividend | | | Buy (add'l) | 10/31/12 | J | | |
| 177. Clorox Company | A | Dividend | | | Sold | 12/21/12 | J | A | |
| 178. CMS Energy Corp. | A | Dividend | | | Sold | 02/16/12 | J | A | |
| 179. Coach Inc. | A | Dividend | J | T | Buy | 04/12/12 | J | | |
| 180. Coach Inc. | A | Dividend | J | T | Buy (add'l) | 04/13/12 | J | | |
| 181. Coach Inc. | A | Dividend | J | T | Buy (add'l) | 04/23/12 | J | | |
| 182. Coach Inc. | A | Dividend | J | T | Buy (add'l) | 04/26/12 | J | | |
| 183. Coach Inc. | A | Dividend | J | T | Buy (add'l) | 04/27/12 | J | | |
| 184. Coach Inc. | A | Dividend | J | T | Buy (add'l) | 05/23/12 | J | | |
| 185. Coach Inc. | A | Dividend | J | T | Buy (add'l) | 07/31/12 | J | | |
| 186. Coach Inc. | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 187. Cognizant Tech Solutions | A | Dividend | J | T | Buy | 04/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Cognizant Tech Solutions | A | Dividend | J | T | Buy (add'l) | 04/13/12 | J | | |
| 189. Cognizant Tech Solutions | A | Dividend | J | T | Buy (add'l) | 04/26/12 | J | | |
| 190. Cognizant Tech Solutions | A | Dividend | J | T | Buy (add'l) | 08/21/12 | J | | |
| 191. Cognizant Tech Solutions | A | Dividend | J | T | Buy (add'l) | 12/03/12 | J | | |
| 192. Comcast Corp. | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 193. Comcast Corp. | A | Dividend | J | T | Buy (add'l) | 08/16/12 | J | | |
| 194. Conocophillips Inc. | A | Dividend | | | Sold (part) | 01/12/12 | J | A | |
| 195. Conocophillips Inc. | A | Dividend | | | Sold | 01/13/12 | J | A | |
| 196. Consolidated Edison Inc. | A | Dividend | | | Buy | 07/30/12 | J | | |
| 197. Consolidated Edison Inc. | A | Dividend | | | Sold | 09/25/12 | J | A | |
| 198. Constellation Brands Inc. | A | Dividend | | | Sold | 04/27/12 | J | A | |
| 199. Corning Inc. | A | Dividend | | | Sold | 05/24/12 | J | A | |
| 200. Covidien PLC | A | Dividend | | | Sold (part) | 07/26/12 | J | A | |
| 201. Covidien PLC | A | Dividend | | | Sold | 08/29/12 | J | A | |
| 202. Crane Co. | A | Dividend | K | T | | | | | |
| 203. Danaher Corp. | A | Dividend | J | T | Sold (part) | 02/08/12 | J | A | |
| 204. Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 03/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 04/26/12 | J | | |
| 206. Danaher Corp. | A | Dividend | J | T | Sold (part) | 08/17/12 | J | A | |
| 207. Danaher Corp. | A | Dividend | J | T | Sold (part) | 08/24/12 | J | A | |
| 208. Danaher Corp. | A | Dividend | J | T | Sold (part) | 09/18/12 | J | A | |
| 209. Davis NY Venture Fund - Mutual Fund | A | Dividend | M | T | | | | | |
| 210. Dell Inc. | A | Dividend | | | Sold (part) | 02/21/12 | J | A | |
| 211. Dell Inc. | A | Dividend | | | Sold | 06/20/12 | J | A | |
| 212. Delta Air Lines Inc. | A | Dividend | J | T | Sold (part) | 07/31/12 | J | A | |
| 213. Devon Energy Corp. | A | Dividend | | | Sold (part) | 03/21/12 | J | A | |
| 214. Devon Energy Corp. | A | Dividend | | | Sold (part) | 03/22/12 | J | A | |
| 215. Devon Energy Corp. | A | Dividend | | | Sold | 06/27/12 | J | A | |
| 216. Diamond Offshore Drilling | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 217. Diamond Offshore Drilling | A | Dividend | J | T | Buy (add'l) | 11/16/12 | J | | |
| 218. Diamond Offshore Drilling | A | Dividend | J | T | Buy (add'l) | 11/27/12 | J | | |
| 219. DIRECTV (formerly DIRECTV - Class A) | A | Dividend | J | T | Sold (part) | 03/07/12 | J | A | |
| 220. DIRECTV (formerly DIRECTV - Class A) | A | Dividend | J | T | Buy (add'l) | 04/09/12 | J | | |
| 221. DIRECTV (formerly DIRECTV - Class A) | A | Dividend | J | T | Buy (add'l) | 04/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  DIRECTV (formerly DIRECTV - Class A) | A | Dividend | J | T | Sold (part) | 06/12/12 | J | A | |
| 223.  DIRECTV (formerly DIRECTV - Class A) | A | Dividend | J | T | Buy (add'l) | 11/09/12 | J | | |
| 224.  Discover Financial Services | A | Dividend | J | T | Buy | 11/16/12 | J | | |
| 225.  Discover Financial Services | A | Dividend | J | T | Buy (add'l) | 11/27/12 | J | | |
| 226.  Dollar General Corp. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 227.  Dollar Tree Inc. | A | Dividend | | | Buy | 07/25/12 | J | | |
| 228.  Dollar Tree Inc. | A | Dividend | | | Sold | 08/29/12 | J | A | |
| 229.  Dow Chemical | A | Dividend | | | Sold (part) | 02/21/12 | J | A | |
| 230.  Dow Chemical | A | Dividend | | | Sold (part) | 03/21/12 | J | A | |
| 231.  Dow Chemical | A | Dividend | | | Sold (part) | 03/29/12 | J | A | |
| 232.  Dow Chemical | A | Dividend | | | Sold | 09/06/12 | J | A | |
| 233.  Dreyfus Liquid Assets | A | Interest | J | T | | | | | |
| 234.  Dreyfus NY Tax Exempt Bond Fund | A | Interest | | | Sold | 04/12/12 | J | A | |
| 235.  DTE Energy Company | A | Dividend | | | Sold (part) | 03/27/12 | J | A | |
| 236.  DTE Energy Company | A | Dividend | | | Sold | 07/02/12 | J | A | |
| 237.  Duke Energy | A | Dividend | J | T | | | | | |
| 238.  Eaton Corp. | A | Dividend | J | T | Buy | 08/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Ebay Inc. | A | Dividend | J | T | Buy | 08/27/12 | J | | |
| 240. Edison International | A | Dividend | | | Buy | 02/17/12 | J | | |
| 241. Edison International | A | Dividend | | | Buy (add'l) | 03/06/12 | J | | |
| 242. Edison International | A | Dividend | | | Sold (part) | 07/02/12 | J | A | |
| 243. Edison International | A | Dividend | | | Buy (add'l) | 08/31/12 | J | | |
| 244. Edison International | A | Dividend | | | Sold | 10/02/12 | J | A | |
| 245. EMC Corp/Mass | A | Dividend | | | Sold (part) | 01/25/12 | J | A | |
| 246. EMC Corp/Mass | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 247. Emerson Electric Co. | A | Dividend | | | Buy | 01/26/12 | J | | |
| 248. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 01/31/12 | J | | |
| 249. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 02/01/12 | J | | |
| 250. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 02/08/12 | J | | |
| 251. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 03/16/12 | J | | |
| 252. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 03/20/12 | J | | |
| 253. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 03/23/12 | J | | |
| 254. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 03/27/12 | J | | |
| 255. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 03/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 04/25/12 | J | | |
| 257. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 04/26/12 | J | | |
| 258. Emerson Electric Co. | A | Dividend | | | Sold (part) | 08/17/12 | J | A | |
| 259. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 09/17/12 | J | | |
| 260. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 09/19/12 | J | | |
| 261. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 10/18/12 | J | | |
| 262. Emerson Electric Co. | A | Dividend | | | Buy (add'l) | 11/07/12 | J | | |
| 263. Emerson Electric Co. | A | Dividend | | | Sold (part) | 11/28/12 | J | A | |
| 264. Emerson Electric Co. | A | Dividend | | | Sold | 12/10/12 | J | A | |
| 265. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 266. Entergy Corp. | A | Dividend | | | Buy | 08/07/12 | J | | |
| 267. Entergy Corp. | A | Dividend | | | Buy (add'l) | 08/30/12 | J | | |
| 268. Entergy Corp. | A | Dividend | | | Buy (add'l) | 10/05/12 | J | | |
| 269. Entergy Corp. | A | Dividend | | | Sold | 11/26/12 | J | A | |
| 270. EOG RES Inc. | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 271. EOG RES Inc. | A | Dividend | J | T | Sold (part) | 08/20/12 | J | A | |
| 272. EOG RES Inc. | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. EOG RES Inc. | A | Dividend | J | T | Sold (part) | 09/13/12 | J | A | |
| 274. EOG RES Inc. | A | Dividend | J | T | Sold (part) | 12/10/12 | J | A | |
| 275. Estee Lauder Companies | A | Dividend | | | Sold (part) | 10/15/12 | J | A | |
| 276. Estee Lauder Companies | A | Dividend | | | Sold | 11/28/12 | J | A | |
| 277. Exelon | A | Dividend | J | T | | | | | |
| 278. Express Scripts Holdings Co. (formerly Express Scripts Inc.) | A | Dividend | J | T | Buy (add'l) | 01/11/12 | J | | |
| 279. Express Scripts Holdings Co. (formerly Express Scripts Inc.) | A | Dividend | J | T | Buy (add'l) | 02/22/12 | J | | |
| 280. Express Scripts Holdings Co. (formerly Express Scripts Inc.) | A | Dividend | J | T | Sold (part) | 04/25/12 | J | A | |
| 281. Express Scripts Holdings Co. (formerly Express Scripts Inc.) | A | Dividend | J | T | Sold (part) | 05/11/12 | J | A | |
| 282. Exxon Mobil Corp. | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 283. Exxon Mobil Corp. | A | Dividend | J | T | Buy (add'l) | 08/17/12 | J | | |
| 284. F5 Networks Inc. | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 285. F5 Networks Inc. | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |
| 286. F5 Networks Inc. | A | Dividend | J | T | Buy (add'l) | 05/24/12 | J | | |
| 287. Family Dollar Stores | A | Dividend | | | Buy | 05/23/12 | J | | |
| 288. Family Dollar Stores | A | Dividend | | | Buy (add'l) | 07/12/12 | J | | |
| 289. Family Dollar Stores | A | Dividend | | | Sold | 09/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Fidelity National Financial | A | Dividend | J | T | Buy | 10/01/12 | J | | |
| 291. Fidelity National Information | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 292. Fidelity National Information | A | Dividend | J | T | Buy (add'l) | 09/25/12 | J | | |
| 293. Fidelity National Information | A | Dividend | J | T | Buy (add'l) | 11/14/12 | J | | |
| 294. Fiserv Inc. | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 295. Flowserve Corp. | A | Dividend | | | Sold (part) | 04/24/12 | J | A | |
| 296. Flowserve Corp. | A | Dividend | | | Sold | 06/19/12 | J | A | |
| 297. FMC Technologies Inc. | A | Dividend | | | Sold (part) | 03/23/12 | J | A | |
| 298. FMC Technologies Inc. | A | Dividend | | | Sold (part) | 04/11/12 | J | A | |
| 299. FMC Technologies Inc. | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 300. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 301. Ford Motor Co. | A | Dividend | J | T | Buy (add'l) | 10/31/12 | J | | |
| 302. Fortune Brands | A | Dividend | | | Buy | 01/18/12 | J | | |
| 303. Fortune Brands | A | Dividend | | | Sold | 07/06/12 | J | A | |
| 304. Freeport-McMoran Copper | A | Dividend | | | Buy | 01/20/12 | J | | |
| 305. Freeport-McMoran Copper | A | Dividend | | | Buy (add'l) | 01/24/12 | J | | |
| 306. Freeport-McMoran Copper | A | Dividend | | | Buy (add'l) | 02/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Freeport-McMoran Copper | A | Dividend | | | Sold | 06/01/12 | J | A | |
| 308.  Gamestop Corp. | A | Dividend | | | Sold | 04/20/12 | J | A | |
| 309.  Gannett Co. | A | Dividend | | | Sold (part) | 07/11/12 | J | A | |
| 310.  Gannett Co. | A | Dividend | | | Sold (part) | 07/16/12 | J | A | |
| 311.  Gannett Co. | A | Dividend | | | Sold | 08/21/12 | J | A | |
| 312.  General Electric Co. | A | Dividend | J | T | Buy (add'l) | 01/13/12 | J | | |
| 313.  General Electric Co. | A | Dividend | J | T | Sold (part) | 06/18/12 | J | A | |
| 314.  General Electric Co. | A | Dividend | J | T | Buy (add'l) | 08/16/12 | J | | |
| 315.  General Electric Co. | A | Dividend | J | T | Buy (add'l) | 08/23/12 | J | | |
| 316.  General Mills | A | Dividend | | | Buy (add'l) | 01/10/12 | J | | |
| 317.  General Mills | A | Dividend | | | Sold (part) | 01/26/12 | J | A | |
| 318.  General Mills | A | Dividend | | | Sold (part) | 02/14/12 | J | A | |
| 319.  General Mills | A | Dividend | | | Sold (part) | 04/12/12 | J | A | |
| 320.  General Mills | A | Dividend | | | Sold (part) | 08/09/12 | J | A | |
| 321.  General Mills | A | Dividend | | | Sold | 08/28/12 | J | A | |
| 322.  General Motors Corp. | A | Dividend | | | Sold (part) | 02/08/12 | J | A | |
| 323.  General Motors Corp. | A | Dividend | | | Sold (part) | 02/28/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. General Motors Corp. | A | Dividend | | | Sold (part) | 10/01/12 | J | A | |
| 325. General Motors Corp. | A | Dividend | | | Sold (part) | 11/19/12 | J | A | |
| 326. General Motors Corp. | A | Dividend | | | Sold | 11/26/12 | J | A | |
| 327. Gilead Sciences Inc. | A | Dividend | | | Buy (add'l) | 03/02/12 | J | | |
| 328. Gilead Sciences Inc. | A | Dividend | | | Sold (part) | 05/17/12 | J | A | |
| 329. Gilead Sciences Inc. | A | Dividend | | | Sold (part) | 08/14/12 | J | A | |
| 330. Gilead Sciences Inc. | A | Dividend | | | Sold (part) | 08/16/12 | J | A | |
| 331. Gilead Sciences Inc. | A | Dividend | | | Sold (part) | 09/27/12 | J | A | |
| 332. Gilead Sciences Inc. | A | Dividend | | | Sold | 10/04/12 | J | A | |
| 333. GP Strategies Corp. | | None | J | T | | | | | |
| 334. Goldman Sachs Group Inc. | A | Dividend | | | Buy (add'l) | 01/27/12 | J | | |
| 335. Goldman Sachs Group Inc. | A | Dividend | | | Buy (add'l) | 02/16/12 | J | | |
| 336. Goldman Sachs Group Inc | A | Dividend | | | Buy (add'l) | 02/17/12 | J | | |
| 337. Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 03/07/12 | J | A | |
| 338. Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 03/19/12 | J | A | |
| 339. Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 03/20/12 | J | A | |
| 340. Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 03/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 342. Goldman Sachs Group Inc. | A | Dividend | | | Sold | 06/21/12 | J | A | |
| 343. Goodrich Corp. | A | Dividend | | | Sold (part) | 02/03/12 | J | A | |
| 344. Goodrich Corp. | A | Dividend | | | Sold (part) | 04/27/12 | J | A | |
| 345. Goodrich Corp. | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 346. Google Inc. | A | Dividend | K | T | Sold (part) | 01/06/12 | J | A | |
| 347. Google Inc. | A | Dividend | K | T | Sold (part) | 01/10/12 | J | A | |
| 348. Google Inc. | A | Dividend | K | T | Sold (part) | 01/11/12 | J | A | |
| 349. Google Inc. | A | Dividend | K | T | Sold (part) | 06/18/12 | J | A | |
| 350. Google Inc. | A | Dividend | K | T | Buy (add'l) | 08/17/12 | J | | |
| 351. Google Inc. | A | Dividend | K | T | Buy (add'l) | 12/26/12 | J | | |
| 352. Halliburton Co. | A | Dividend | | | Buy | 06/21/12 | J | | |
| 353. Halliburton Co. | A | Dividend | | | Sold (part) | 08/14/12 | J | A | |
| 354. Halliburton Co. | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 355. Harley Davidson Inc. | A | Dividend | J | T | Buy (add'l) | 07/13/12 | J | | |
| 356. Harris Corp. | A | Dividend | J | T | Buy | 10/08/12 | J | | |
| 357. Health Net Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Hershey Co. | A | Dividend | | | Buy (add'l) | 02/08/12 | J | | |
| 359. Hershey Co. | A | Dividend | | | Buy (add'l) | 02/14/12 | J | | |
| 360. Hershey Co. | A | Dividend | | | Buy (add'l) | 02/23/12 | J | | |
| 361. Hershey Co. | A | Dividend | | | Sold (part) | 08/16/12 | J | A | |
| 362. Hershey Co. | A | Dividend | | | Sold (part) | 08/31/12 | J | A | |
| 363. Hershey Co. | A | Dividend | | | Sold | 12/28/12 | J | A | |
| 364. Hewlett Packard Co. | A | Dividend | K | T | Buy (add'l) | 03/08/12 | J | | |
| 365. Hewlett Packard Co | A | Dividend | K | T | Buy (add'l) | 03/28/12 | J | | |
| 366. Hewlett Packard Co. | A | Dividend | K | T | Sold (part) | 08/01/12 | J | A | |
| 367. Idexx Labs Corp. | A | Dividend | K | T | Buy | 07/20/12 | J | | |
| 368. Idexx Labs Corp. | A | Dividend | K | T | Buy (add'l) | 07/24/12 | J | | |
| 369. Idexx Labs Corp. | A | Dividend | K | T | Buy (add'l) | 08/06/12 | J | | |
| 370. Idexx Labs Corp. | A | Dividend | K | T | Buy (add'l) | 11/13/12 | J | | |
| 371. Illumina Inc. | A | Dividend | | | Buy (add'l) | 01/04/12 | J | | |
| 372. Illumina Inc. | A | Dividend | | | Sold (part) | 04/03/12 | J | A | |
| 373. Illumina Inc. | A | Dividend | | | Sold | 05/17/12 | J | A | |
| 374. Informatica Corp. | A | Dividend | | | Buy | 02/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Informatica Corp. | A | Dividend | | | Buy (add'l) | 07/02/12 | J | | |
| 376. Informatica Corp. | A | Dividend | | | Sold | 08/23/12 | J | A | |
| 377. Ingersoll Rand Co. Ltd. | A | Dividend | | | Sold | 02/02/12 | J | A | |
| 378. Intercontinentalexchange Inc. | A | Dividend | J | T | Buy | 08/30/12 | J | | |
| 379. Intercontinentalexchange Inc. | A | Dividend | J | T | Buy (add'l) | 11/12/12 | J | | |
| 380. Intercontinentalexchange Inc. | A | Dividend | J | T | Buy (add'l) | 12/20/12 | J | | |
| 381. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 382. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy | 05/31/12 | J | | |
| 383. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy (add'l) | 08/16/12 | J | | |
| 384. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy (add'l) | 09/25/12 | J | | |
| 385. Int'l. Business Machines Corp. | A | Dividend | K | T | Buy (add'l) | 10/02/12 | J | | |
| 386. Intuit Inc. | A | Dividend | J | T | Sold (part) | 02/06/12 | J | A | |
| 387. Intuit Inc. | A | Dividend | J | T | Buy (add'l) | 05/08/12 | J | | |
| 388. Intuit Inc. | A | Dividend | J | T | Sold (part) | 10/12/12 | J | A | |
| 389. Intuit Inc. | A | Dividend | J | T | Sold (part) | 11/13/12 | J | A | |
| 390. Intuitive Surgical Inc. | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 391. Intuitive Surgical Inc. | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | L | T | | | | | |
| 393. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 394. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 395. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 396. JM Smucker Co. | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 397. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 06/22/12 | J | | |
| 398. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 08/15/12 | J | A | |
| 399. Johnson Controls Inc. | A | Dividend | | | Buy (add'l) | 01/04/12 | J | | |
| 400. Johnson Controls Inc. | A | Dividend | | | Sold (part) | 01/20/12 | J | A | |
| 401. Johnson Controls Inc. | A | Dividend | | | Sold (part) | 02/07/12 | J | A | |
| 402. Johnson Controls Inc. | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 403. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 03/06/12 | J | A | |
| 404. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 405. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 03/26/12 | J | | |
| 406. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 04/12/12 | J | | |
| 407. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 04/24/12 | J | | |
| 408. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 05/31/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 06/29/12 | J | A | |
| 410.  JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 10/23/12 | J | | |
| 411.  Kimberly-Clark Corp. | A | Dividend | | | Buy | 05/29/12 | J | | |
| 412.  Kimberly-Clark Corp. | A | Dividend | | | Sold | 08/30/12 | J | A | |
| 413.  Kinder Morgan Inc. | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 414.  Kinder Morgan Inc. | A | Dividend | J | T | Buy (add'l) | 10/31/12 | J | | |
| 415.  Kinder Morgan Inc. | A | Dividend | J | T | Buy (add'l) | 11/12/12 | J | | |
| 416.  Kraft Food Group Inc. (formerly Kraft Food Inc.) | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 417.  Kraft Food Group Inc. (formerly Kraft Food Inc.) | A | Dividend | J | T | Buy (add'l) | 08/21/12 | J | | |
| 418.  Kraft Food Group Inc. (formerly Kraft Food Inc.) | A | Dividend | J | T | Buy (add'l) | 09/28/12 | J | | |
| 419.  Kraft Food Group Inc. (formerly Kraft Food Inc.) | A | Dividend | J | T | Buy (add'l) | 10/08/12 | J | | |
| 420.  Kroger Co. | A | Dividend | K | T | Buy (add'l) | 02/03/12 | J | | |
| 421.  Kroger Co. | A | Dividend | K | T | Buy (add'l) | 02/08/12 | J | | |
| 422.  Kroger Co. | A | Dividend | K | T | Buy (add'l) | 02/22/12 | J | | |
| 423.  Kroger Co. | A | Dividend | K | T | Buy (add'l) | 07/25/12 | J | | |
| 424.  Lam Research Corp. | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 425.  Las Vegas Sands Corp. | A | Dividend | | | Buy (add'l) | 01/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Las Vegas Sands Corp. | A | Dividend | | | Buy (add'l) | 01/25/12 | J | | |
| 427. Las Vegas Sands Corp. | A | Dividend | | | Buy (add'l) | 02/01/12 | J | | |
| 428. Las Vegas Sands Corp. | A | Dividend | | | Buy (add'l) | 06/14/12 | J | | |
| 429. Las Vegas Sands Corp. | A | Dividend | | | Sold (part) | 08/24/12 | J | A | |
| 430. Las Vegas Sands Corp. | A | Dividend | | | Sold | 12/06/12 | J | A | |
| 431. Lear Corp. | A | Dividend | | | Buy (add'l) | 02/13/12 | J | | |
| 432. Lear Corp. | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 433. Legg Mason Clearbridge Appreciation Fund | B | Dividend | L | T | | | | | |
| 434. Legg Mason Inc. | A | Dividend | K | T | | | | | |
| 435. Liberty Interactive Corp. | A | Dividend | | | Buy | 03/07/12 | J | | |
| 436. Liberty Interactive Corp. | A | Dividend | | | Buy (add'l) | 03/08/12 | J | | |
| 437. Liberty Interactive Corp. | A | Dividend | | | Sold | 08/03/12 | J | A | |
| 438. Liberty Media Corp. | A | Dividend | J | T | Buy | 10/25/12 | J | | |
| 439. Limited Brands Inc. | A | Dividend | | | Sold (part) | 01/05/12 | J | A | |
| 440. Limited Brands Inc. | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 441. Limited Brands Inc. | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 442. Linkedin Corp. | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 444. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 445. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |
| 446. Lowes Cos Inc. | A | Dividend | | | Sold (part) | 01/31/12 | J | A | |
| 447. Lowes Cos Inc. | A | Dividend | | | Sold (part) | 02/02/12 | J | A | |
| 448. Lowes Cos Inc. | A | Dividend | | | Sold (part) | 02/03/12 | J | A | |
| 449. Lowes Cos Inc. | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 450. Lyondellbasell | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 451. Lyondellbasell | A | Dividend | J | T | Sold (part) | 01/11/12 | J | A | |
| 452. Lyondellbasell | A | Dividend | J | T | Sold (part) | 02/02/12 | J | A | |
| 453. Lyondellbasell | A | Dividend | J | T | Buy (add'l) | 05/01/12 | J | | |
| 454. Lyondellbasell | A | Dividend | J | T | Sold (part) | 08/02/12 | J | A | |
| 455. Lyondellbasell | A | Dividend | J | T | Buy (add'l) | 10/05/12 | J | | |
| 456. Lyondellbasell | A | Dividend | J | T | Buy (add'l) | 10/08/12 | J | | |
| 457. Macy's Inc. | A | Dividend | J | T | Buy | 07/16/12 | J | | |
| 458. Marathon Oil Corp. | A | Dividend | | | Sold (part) | 01/12/12 | J | A | |
| 459. Marathon Oil Corp. | A | Dividend | | | Sold | 05/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 49

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

07/29/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Marathon Petroleum Corp, | A | Dividend | | | Sold (part) | 01/25/12 | J | A | |
| 461. Marathon Petroleum Corp, | A | Dividend | | | Sold (part) | 02/06/12 | J | A | |
| 462. Marathon Petroleum Corp, | A | Dividend | | | Sold (part) | 02/07/12 | J | A | |
| 463. Marathon Petroleum Corp, | A | Dividend | | | Sold (part) | 02/10/12 | J | A | |
| 464. Marathon Petroleum Corp, | A | Dividend | | | Sold (part) | 07/05/12 | J | A | |
| 465. Marathon Petroleum Corp, | A | Dividend | | | Sold (part) | 08/21/12 | J | A | |
| 466. Marathon Petroleum Corp, | A | Dividend | | | Sold | 10/01/12 | J | A | |
| 467. Marsh & McLennan Cos. Inc. | A | Dividend | J | T | Buy | 12/28/12 | J | | |
| 468. Marvell Technology Group | A | Dividend | | | Sold (part) | 04/26/12 | J | A | |
| 469. Marvell Technology Group | A | Dividend | | | Sold | 08/03/12 | J | A | |
| 470. McDonald's Corp. | A | Dividend | J | T | Buy | 06/15/12 | J | | |
| 471. McDonald's Corp. | A | Dividend | J | T | Sold (part) | 11/13/12 | J | A | |
| 472. McGraw Hill Cos. Inc. | A | Dividend | | | Sold | 08/15/12 | J | A | |
| 473. McKesson Corp. | A | Dividend | J | T | Buy | 03/07/12 | J | | |
| 474. McKesson Corp. | A | Dividend | J | T | Buy (add'l) | 04/13/12 | J | | |
| 475. McKesson Corp. | A | Dividend | J | T | Buy (add'l) | 05/03/12 | J | | |
| 476. McKesson Corp. | A | Dividend | J | T | Buy (add'l) | 05/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 49

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

07/29/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. McKesson Corp. | A | Dividend | J | T | Buy (add'l) | 06/01/12 | J | | |
| 478. McKesson Corp. | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 479. Medtronic Inc. | A | Dividend | J | T | Buy | 09/19/12 | J | | |
| 480. Medtronic Inc. | A | Dividend | J | T | Buy (add'l) | 09/25/12 | J | | |
| 481. Medtronic Inc. | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 482. Medtronic Inc. | A | Dividend | J | T | Buy (add'l) | 11/13/12 | J | | |
| 483. Merck & Co. Inc. | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 484. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 09/21/12 | J | | |
| 485. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 10/04/12 | J | | |
| 486. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 487. Metlife Inc. | A | Dividend | | | Sold (part) | 01/03/12 | J | A | |
| 488. Metlife Inc. | A | Dividend | | | Sold (part) | 03/26/12 | J | A | |
| 489. Metlife Inc. | A | Dividend | | | Sold | 06/21/12 | J | A | |
| 490. MGM Resorts International | A | Dividend | J | T | Buy (add'l) | 02/28/12 | J | | |
| 491. MGM Resorts International | A | Dividend | J | T | Buy (add'l) | 03/01/12 | J | | |
| 492. MGM Resorts International | A | Dividend | J | T | Buy (add'l) | 06/14/12 | J | | |
| 493. Micron Technology Inc. | A | Dividend | J | T | Sold (part) | 06/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Micron Technology Inc. | A | Dividend | J | T | Sold (part) | 08/03/12 | J | A | |
| 495. Micron Technology Inc. | A | Dividend | J | T | Sold (part) | 08/15/12 | J | A | |
| 496. Microsoft Corp. | A | Dividend | J | T | Buy | 06/28/12 | J | | |
| 497. Microsoft Corp. | A | Dividend | J | T | Buy (add'l) | 08/16/12 | J | | |
| 498. Microsoft Corp. | A | Dividend | J | T | Buy (add'l) | 09/16/12 | J | | |
| 499. Microsoft Corp. | A | Dividend | J | T | Sold (part) | 10/23/12 | J | A | |
| 500. Microsoft Corp. | A | Dividend | J | T | Buy (add'l) | 11/26/12 | J | | |
| 501. Microsoft Corp. | A | Dividend | J | T | Buy (add'l) | 11/27/12 | J | | |
| 502. Mondelez International (spinoff of Kraft Foods Group Inc.) | A | Dividend | | | Sold | 10/08/12 | J | A | |
| 503. Monsanto Co. | A | Dividend | | | Sold (part) | 01/06/12 | J | A | |
| 504. Monsanto Co. | A | Dividend | | | Sold (part) | 02/09/12 | J | A | |
| 505. Monsanto Co. | A | Dividend | | | Sold (part) | 02/23/12 | J | A | |
| 506. Monsanto Co. | A | Dividend | | | Sold | 05/30/12 | J | A | |
| 507. Moody's Corp. | A | Dividend | | | Sold (part) | 03/29/12 | J | A | |
| 508. Moody's Corp. | A | Dividend | | | Sold (part) | 04/09/12 | J | A | |
| 509. Moody's Corp. | A | Dividend | | | Sold (part) | 04/24/12 | J | A | |
| 510. Moody's Corp. | A | Dividend | | | Sold | 09/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 512. Morgan Stanley | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 513. Morgan Stanley NY Municipal | A | Dividend | K | T | | | | | |
| 514. Municipal Bonds-NY State | B | Interest | L | T | | | | | |
| 515. National-Oilwell Inc. | A | Dividend | J | T | Buy | 02/14/12 | J | | |
| 516. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 02/16/12 | J | | |
| 517. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 03/20/12 | J | | |
| 518. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 519. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 03/27/12 | J | | |
| 520. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 03/28/12 | J | | |
| 521. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 04/13/12 | J | | |
| 522. National-Oilwell Inc. | A | Dividend | J | T | Buy (add'l) | 06/21/12 | J | | |
| 523. Newell Rubbermaid Inc. | A | Dividend | | | Sold | 08/29/12 | J | A | |
| 524. Nexen Inc. | A | Dividend | | | Buy | 01/11/12 | J | | |
| 525. Nexen Inc. | A | Dividend | | | Buy (add'l) | 01/13/12 | J | | |
| 526. Nexen Inc. | A | Dividend | | | Sold | 04/18/12 | J | A | |
| 527. Noble Energy Inc. | A | Dividend | J | T | Sold (part) | 07/31/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  Northrop Grumman Corp. | A | Dividend | | | Sold | 04/26/12 | J | A | |
| 529.  Nustar Energy LP | A | Dividend | J | T | | | | | |
| 530.  Nuveen Municipal Advantage | B | Interest | K | T | | | | | |
| 531.  Nuveen New York Quality | A | Interest | J | T | | | | | |
| 532.  NV Energy Inc. | A | Dividend | J | T | Buy (add'l) | 08/23/12 | J | | |
| 533.  NV Energy Inc. | A | Dividend | J | T | Buy (add'l) | 08/24/12 | J | | |
| 534.  NV Energy Inc. | A | Dividend | J | T | Sold (part) | 12/13/12 | J | A | |
| 535.  NVR Inc. | A | Dividend | | | Sold | 09/14/12 | J | A | |
| 536.  N.Y. State Urban Development Bonds | A | Interest | J | T | | | | | |
| 537.  New York Municipal Portfolio | A | Dividend | J | T | | | | | |
| 538.  Oppenheimer Global Opportunity Fund | B | Dividend | M | T | | | | | |
| 539.  Oracle Corp. | A | Dividend | | | Sold (part) | 02/07/12 | J | A | |
| 540.  Oracle Corp. | A | Dividend | | | Sold (part) | 02/08/12 | J | A | |
| 541.  Oracle Corp. | A | Dividend | | | Sold | 06/19/12 | J | A | |
| 542.  O'Reilly Automotive Inc. | A | Dividend | | | Buy | 06/27/12 | J | | |
| 543.  O'Reilly Automotive Inc. | A | Dividend | | | Buy (add'l) | 07/02/12 | J | | |
| 544.  O'Reilly Automotive Inc. | A | Dividend | | | Sold | 12/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Partnerre Ltd. | A | Dividend | J | T | Buy | 11/09/12 | J | | |
| 546. Partnerre Ltd. | A | Dividend | J | T | Buy (add'l) | 11/19/12 | J | | |
| 547. Partnerre Ltd. | A | Dividend | J | T | Buy (add'l) | 11/27/12 | J | | |
| 548. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 549. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 01/12/12 | J | A | |
| 550. Pepsico Inc. | A | Dividend | | | Sold (part) | 03/08/12 | J | A | |
| 551. Pepsico Inc. | A | Dividend | | | Buy (add'l) | 08/16/12 | J | | |
| 552. Pepsico Inc. | A | Dividend | | | Buy (add'l) | 09/07/12 | J | | |
| 553. Pepsico Inc. | A | Dividend | | | Sold | 10/08/12 | J | A | |
| 554. Perrigo Inc. | A | Dividend | | | Buy (add'l) | 02/15/12 | J | | |
| 555. Perrigo Inc. | A | Dividend | | | Buy (add'l) | 02/22/12 | J | | |
| 556. Perrigo Inc. | A | Dividend | | | Buy (add'l) | 02/23/12 | J | | |
| 557. Perrigo Inc. | A | Dividend | | | Sold | 06/14/12 | J | A | |
| 558. Pfizer Inc. | B | Dividend | K | T | Sold (part) | 06/27/12 | J | A | |
| 559. Pfizer Inc. | B | Dividend | K | T | Sold (part) | 08/16/12 | J | A | |
| 560. Potash Corp. of Saskatchewan | A | Dividend | | | Buy (add'l) | 01/09/12 | J | | |
| 561. Potash Corp. of Saskatchewan | A | Dividend | | | Buy (add'l) | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 49

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

07/29/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Potash Corp. of Saskatchewan | A | Dividend | | | Sold (part) | 04/25/12 | J | A | |
| 563. Potash Corp. of Saskatchewan | A | Dividend | | | Sold | 05/23/12 | J | A | |
| 564. Precision Castparts Corp. | A | Dividend | K | T | Buy (add'l) | 01/27/12 | J | | |
| 565. Precision Castparts Corp. | A | Dividend | K | T | Buy (add'l) | 02/24/12 | J | | |
| 566. Precision Castparts Corp. | A | Dividend | K | T | Buy (add'l) | 08/23/12 | J | | |
| 567. Priceline.com Inc. | A | Dividend | | | Buy | 06/19/12 | J | | |
| 568. Priceline.com Inc. | A | Dividend | | | Sold | 10/31/12 | J | A | |
| 569. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 03/15/12 | J | A | |
| 570. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 03/26/12 | J | A | |
| 571. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 05/21/12 | J | | |
| 572. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 08/27/12 | J | | |
| 573. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 08/31/12 | J | | |
| 574. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 09/25/12 | J | | |
| 575. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 09/26/12 | J | | |
| 576. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 11/08/12 | J | | |
| 577. Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 11/27/12 | J | | |
| 578. Pulte Group Inc. | A | Dividend | J | T | Buy | 09/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|---|
| | | | Pollak, Cheryl L. | | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Pulte Group Inc. | A | Dividend | J | T | Buy (add'l) | 09/12/12 | J | | |
| 580. Putnam New Opportunities | A | Dividend | K | T | | | | | |
| 581. PVH Corp. | A | Dividend | | | Buy (add'l) | 01/04/12 | J | | |
| 582. PVH Corp. | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 583. Qualcomm Inc. | A | Dividend | | | Sold (part) | 05/21/12 | J | A | |
| 584. Qualcomm Inc. | A | Dividend | | | Sold (part) | 07/03/12 | J | A | |
| 585. Qualcomm Inc. | A | Dividend | | | Sold | 08/21/12 | J | A | |
| 586. Rochester Fund - Mutual Fund (Oppenheimer (Funds) | D | Dividend | M | T | | | | | |
| 587. Rockwell Automation Inc. | A | Dividend | | | Sold (part) | 01/11/12 | J | A | |
| 588. Rockwell Automation Inc. | A | Dividend | | | Sold (part) | 08/06/12 | J | A | |
| 589. Rockwell Automation Inc. | A | Dividend | | | Sold | 08/28/12 | J | A | |
| 590. Salesforce.com Inc. | A | Dividend | | | Buy (add'l) | 02/22/12 | J | | |
| 591. Salesforce.com Inc. | A | Dividend | | | Sold | 05/18/12 | J | A | |
| 592. Schlumberger Ltd. | A | Dividend | J | T | Buy (add'l) | 01/10/12 | J | | |
| 593. Schlumberger Ltd | A | Dividend | J | T | Buy (add'l) | 01/23/12 | J | | |
| 594. Schlumberger Ltd | A | Dividend | J | T | Sold (part) | 06/15/12 | J | A | |
| 595. Schlumberger Ltd. | A | Dividend | J | T | Buy (add'l) | 08/20/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Seagate Technology | A | Dividend | | | Sold (part) | 06/26/12 | J | A | |
| 597. Seagate Technology | A | Dividend | | | Sold | 07/03/12 | J | A | |
| 598. Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 599. Sherwin-Williams Co. | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 600. Sherwin-Williams Co. | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 601. Spectra Energy | A | Dividend | J | T | | | | | |
| 602. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 01/31/12 | J | A | |
| 603. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 04/19/12 | J | A | |
| 604. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 07/13/12 | J | | |
| 605. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 11/21/12 | J | | |
| 606. Stryker Corp. | A | Dividend | | | Buy | 01/05/12 | J | | |
| 607. Stryker Corp. | A | Dividend | | | Buy (add'l) | 01/11/12 | J | | |
| 608. Stryker Corp. | A | Dividend | | | Buy (add'l) | 01/12/12 | J | | |
| 609. Stryker Corp. | A | Dividend | | | Buy (add'l) | 01/30/12 | J | | |
| 610. Stryker Corp. | A | Dividend | | | Sold (part) | 08/10/12 | J | A | |
| 611. Stryker Corp. | A | Dividend | | | Sold | 08/13/12 | J | A | |
| 612. Tax-Aware Overlay A Portfolio Class A | B | Dividend | N | T | Buy (add'l) | 12/11/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Pollak, Cheryl L. | | 07/29/2013 |
| --- | --- | --- | --- |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Tax-Aware Overlay N Portfolio Class 1 | D | Dividend | P1 | T | Sold (part) | 01/12/12 | J | A | |
| 614. Tax-Aware Overlay N Portfolio Class 1 | D | Dividend | P1 | T | Sold (part) | 04/12/12 | J | A | |
| 615. Tax-Aware Overlay N Portfolio Class 1 | D | Dividend | P1 | T | Sold (part) | 07/26/12 | J | A | |
| 616. Tax-Aware Overlay N Portfolio Class 1 | D | Dividend | P1 | T | Sold (part) | 11/06/12 | J | A | |
| 617. Tax-Aware Overlay N Portfolio Class 1 | D | Dividend | P1 | T | Buy (add'l) | 12/11/12 | J | | |
| 618. Thornburg Ltd. | A | Dividend | M | T | Buy | 01/13/12 | J | | |
| 619. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 01/31/12 | J | | |
| 620. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 02/29/12 | J | | |
| 621. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 03/30/12 | J | | |
| 622. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 04/30/12 | J | | |
| 623. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 05/31/12 | J | | |
| 624. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 06/29/12 | J | | |
| 625. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 07/31/12 | J | | |
| 626. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 08/31/12 | J | | |
| 627. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 09/28/12 | J | | |
| 628. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 10/31/12 | J | | |
| 629. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 11/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Thornburg Ltd. | A | Dividend | M | T | Buy (add'l) | 12/31/12 | J | | |
| 631. Tibco Software Inc. | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 632. Tibco Software Inc. | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 633. Tibco Software Inc. | A | Dividend | J | T | Buy (add'l) | 04/10/12 | J | | |
| 634. Tibco Software Inc. | A | Dividend | J | T | Buy (add'l) | 04/13/12 | J | | |
| 635. Tibco Software Inc. | A | Dividend | J | T | Buy (add'l) | 05/24/12 | J | | |
| 636. Tibco Software Inc. | A | Dividend | J | T | Buy (add'l) | 08/22/12 | J | | |
| 637. Time Warner Cable Inc. | A | Dividend | J | T | Sold (part) | 08/20/12 | J | A | |
| 638. Time Warner Cable Inc. | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 639. TJX Companies Inc. | A | Dividend | J | T | Buy | 09/26/12 | J | | |
| 640. TJX Companies Inc. | A | Dividend | J | T | Buy (add'l) | 10/03/12 | J | | |
| 641. Transocean Ltd. | A | Dividend | | | Sold (part) | 05/22/12 | J | A | |
| 642. Transocean Ltd. | A | Dividend | | | Sold (part) | 08/01/12 | J | A | |
| 643. Transocean Ltd. | A | Dividend | | | Sold (part) | 09/13/12 | J | A | |
| 644. Transocean Ltd. | A | Dividend | | | Sold | 11/08/12 | J | A | |
| 645. TRW Automotive Holdings Corp. | A | Dividend | | | Sold (part) | 03/22/12 | J | A | |
| 646. TRW Automotive Holdings Corp. | A | Dividend | | | Sold | 07/18/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. Tyson Foods Inc. | A | Dividend | J | T | Buy (add'l) | 09/25/12 | J | | |
| 648. Tyson Foods Inc. | A | Dividend | J | T | Buy (add'l) | 09/28/12 | J | | |
| 649. Tyson Foods Inc. | A | Dividend | J | T | Buy (add'l) | 11/02/12 | J | | |
| 650. Tyson Foods Inc. | A | Dividend | J | T | Sold (part) | 11/16/12 | J | A | |
| 651. Tyson Foods Inc. | A | Dividend | J | T | Sold (part) | 11/20/12 | J | | |
| 652. U.S. Savings Bonds for Children | A | Interest | J | T | | | | | |
| 653. U.S. Treasury Bills | A | Interest | L | T | | | | | |
| 654. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 655. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 656. U.S. Treasury Securities | D | Interest | L | T | | | | | |
| 657. U.S. Treasury Securities | D | Interest | L | T | | | | | |
| 658. US Bancorp. | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 659. US Bancorp. | A | Dividend | J | T | Buy (add'l) | 08/20/12 | J | | |
| 660. US Bancorp. | A | Dividend | J | T | Sold (part) | 10/15/12 | J | A | |
| 661. UBS Financial - Blackrock NY Municipal Trust | B | Interest | K | T | | | | | |
| 662. UBS Financial - Blackrock Muni Term Trust | A | Interest | J | T | | | | | |
| 663. UBS Financial - Powershares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Ulta Salon Cosemetics & Fragrances | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 665. Ulta Salon Cosemetics & Fragrances | A | Dividend | J | T | Buy (add'l) | 12/13/12 | J | | |
| 666. Union Pacific Corp. | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 667. Union Pacific Corp. | A | Dividend | J | T | Buy (add'l) | 08/21/12 | J | | |
| 668. United Parcel | A | Dividend | | | Sold (part) | 02/01/12 | J | A | |
| 669. United Parcel | A | Dividend | | | Sold (part) | 04/12/12 | J | A | |
| 670. United Parcel | A | Dividend | | | Sold | 05/08/12 | J | A | |
| 671. United Technologies Corp. | A | Dividend | J | T | Buy | 08/22/12 | J | | |
| 672. United Technologies Corp. | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 673. United Technologies Corp. | A | Dividend | J | T | Buy (add'l) | 09/14/12 | J | | |
| 674. United Technologies Corp. | A | Dividend | J | T | Sold (part) | 10/23/12 | J | A | |
| 675. Unitedhealth Group Inc. | A | Dividend | J | T | Sold (part) | 08/16/12 | J | A | |
| 676. UTS Equity | A | Dividend | K | T | | | | | |
| 677. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 01/13/12 | J | | |
| 678. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 01/31/12 | J | | |
| 679. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 02/29/12 | J | | |
| 680. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 03/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 04/30/12 | J | | |
| 682. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 05/31/12 | J | | |
| 683. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 06/29/12 | J | | |
| 684. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 07/31/12 | J | | |
| 685. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 08/31/12 | J | | |
| 686. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 09/28/12 | J | | |
| 687. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 10/31/12 | J | | |
| 688. Vanguard | A | Int./Div. | N | T | Sold (part) | 10/31/12 | J | A | |
| 689. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 11/30/12 | J | | |
| 690. Vanguard | A | Int./Div. | N | T | Buy (add'l) | 12/31/12 | J | | |
| 691. Verizon Communications Inc. | A | Dividend | J | T | Buy | 07/18/12 | J | | |
| 692. Verizon Communications Inc. | A | Dividend | J | T | Buy (add'l) | 08/17/12 | J | | |
| 693. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy | 01/06/12 | J | | |
| 694. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Sold (part) | 05/10/12 | J | A | |
| 695. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Sold (part) | 07/27/12 | J | A | |
| 696. Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy (add'l) | 11/05/12 | J | | |
| 697. VF Corp. | A | Dividend | | | Sold | 08/16/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

07/29/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Viacom Inc. | A | Dividend | J | T | Sold (part) | 08/16/12 | J | A | |
| 699. Visa Inc. | A | Dividend | J | T | Buy (add'l) | 03/07/12 | J | | |
| 700. Visa Inc. | A | Dividend | J | T | Buy (add'l) | 06/27/12 | J | | |
| 701. Visa Inc. | A | Dividend | J | T | Sold (part) | 08/17/12 | J | A | |
| 702. Visa Inc. | A | Dividend | J | T | Sold (part) | 08/24/12 | J | A | |
| 703. Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 01/10/12 | J | | |
| 704. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 06/08/12 | J | | |
| 705. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 10/15/12 | J | A | |
| 706. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 10/18/12 | J | A | |
| 707. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 10/23/12 | J | A | |
| 708. Walgreen Co. | A | Dividend | | | Buy | 07/27/12 | J | | |
| 709. Walgreen Co. | A | Dividend | | | Sold (part) | 11/09/12 | J | A | |
| 710. Walgreen Co. | A | Dividend | | | Sold | 12/21/12 | J | A | |
| 711. Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy | 05/21/12 | J | | |
| 712. Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 08/16/12 | J | | |
| 713. Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 08/31/12 | J | | |
| 714. Watson Pharmaceuticals, Inc. | A | Dividend | | | Buy | 01/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  Watson Pharmaceuticals, Inc. | A | Dividend | | | Buy (add'l) | 01/12/12 | J | | |
| 716.  Watson Pharmaceuticals, Inc. | A | Dividend | | | Sold | 01/24/12 | J | A | |
| 717.  Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 02/08/12 | J | | |
| 718.  Wellpoint Inc. | A | Dividend | J | T | Buy (add'l) | 05/17/12 | J | | |
| 719.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 02/13/12 | J | | |
| 720.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 02/14/12 | J | | |
| 721.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 02/17/12 | J | | |
| 722.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/08/12 | J | | |
| 723.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/09/12 | J | | |
| 724.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/20/12 | J | | |
| 725.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/21/12 | J | | |
| 726.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/22/12 | J | | |
| 727.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/23/12 | J | | |
| 728.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 03/28/12 | J | | |
| 729.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 04/03/12 | J | | |
| 730.  Wells Fargo & Company | A | Dividend | K | T | Buy (add'l) | 04/10/12 | J | | |
| 731.  Wells Fargo & Company | A | Dividend | K | T | Sold (part) | 07/25/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Western Asset N.Y Muni Mrkt. | A | Interest | J | T | | | | | |
| 733. Westwood Income Oppty | A | Dividend | J | T | Buy | 03/29/12 | J | | |
| 734. Westwood Income Oppty | A | Dividend | J | T | Buy (add'l) | 06/28/12 | J | | |
| 735. Westwood Income Oppty | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 736. Westwood Income Oppty | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | |
| 737. WHG Income Oppty Fd | A | Dividend | N | T | Buy | 01/09/12 | J | | |
| 738. Wisconsin Energy Corp. | A | Dividend | | | Buy | 07/24/12 | J | | |
| 739. Wisconsin Energy Corp. | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 740. Xcel Energy Inc. | A | Dividend | | | Buy | 07/18/12 | J | | |
| 741. Xcel Energy Inc. | A | Dividend | | | Sold | 09/26/12 | J | A | |
| 742. Yum! Brands Inc. | A | Dividend | | | Buy | 06/01/12 | J | | |
| 743. Yum! Brands Inc. | A | Dividend | | | Sold | 07/11/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 16 and 17 of 49, lines 219, 220, 221, 222, 223; DIRECTV - On 8/28/12, DIRECTV - Class A changed their name to DIRECTV.

Part VII, Page 20 of 49, lines 278, 279, 280, 281;  Express Scripts Holdings Co. - On 4/2/12, Express Scripts Inc. changed their name to Express Scripts Holdings Co.

Part VII, Page 28 of 49, lines 416, 417, 418, 419; Kraft Foods Group Inc. - On 10/2/12, Kraft Foods Inc. changed their name to Kraft Foods Group Inc.

Part VII, Page 33 of 49, line 502; Mondelez International - On 10/1/12, Kraft Foods Group Inc. had a spinoff called Mondelez International.  On 10/8/12, Mondelez International was completely sold.

-------------

In the 2011 Financial Disclosure Report, Part VII, Page 44 of 70, line 687; Medco Health Solutions Inc. was reflected.  This holding is not reflected in the 2012 Financial Dislcosure Report because on September 1, 2012, Medco Health Solutions, Inc. changed their name to Express Scripts Holdings Co. and those holdings are represented on this report on page 20 of 49, lines 278, 279, 280 and 281 respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl L. Pollak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544